■ MERCO, INC., Respondent, v. HARRY SCHRANZE, Appellant.— Judgment, entered September 29, 1959, in Supreme Court, New York County, unanimously modified, on the facts and on the law, to reduce plaintiff's recovery to the sum of $14,077.16, together with costs of $207.75, making in all the total sum of $14,284.91, and as so modified, the judgment is unanimously affirmed, without costs. The court finds that price paid for merchandise including cost of delivery at Matadi, brokerage, freight charges, insurance, and reasonable expenses incurred for commissions, postage and custom duties, as established, amount altogether to sum of $10,584.33, and five and one-half years interest thereon amounts to $3,492.83; and total thereof, to wit, the sum of $14,077.16 are the damages established. Further items of damage claimed by plaintiff were not established. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ. [21 Misc 2d 743.]

■ HOTEL ARMSTRONG, INC., Respondent, v. TEMPORARY STATE HOUSING RENT COMMISSION et al., Appellants, and LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, Intervenor-Appellant.— Orders, entered on April 21, 1960, (1) denying the motion of the defendants to dismiss the complaint herein for insufficiency pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, and (2) denying the motion of the intervenor-appellant, Attorney-General of the State of New York, to dismiss the complaint pursuant to rule 106 of the Rules of Civil Practice or for judgment on the pleadings pursuant to the provisions of section 476 of the Civil Practice Act and rule 112 of the Rules of Civil Practice, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, McNally and Stevens, JJ. [25 Misc 2d 87.]

(November 23, 1960)

■ In the Matter of BEN ROSS, Petitioner, v. IRVING H. SAYPOL, Respondent. — Motion to dismiss petition as a matter of law denied, with leave to the respondent to serve and file an answer to the petition. The petitioner is directed to file with the Clerk of this court five additional copies of the petition, notice of motion and the exhibits annexed thereto, except Exhibit D, on or before December 6, 1960. The respondent is directed to serve one copy of his answer upon the attorney for the petitioner and file the original and five additional copies thereof with this court within 10 days after service of a copy of the order herein, with notice of entry thereof, upon his attorney. This proceeding is added to the Enumerated Calendar of this court for the January 1961 Term, to be argued or submitted when reached. The petitioner is directed to serve one typewritten copy of petitioner's points upon the attorney for the respondent and file six typewritten copies thereof with this court, together with a notice of argument for the January 1961 Term, on or before December 12, 1960. The respondent is directed to serve one typewritten copy of the respondent's points upon the attorney for the petitioner and file six typewritten copies thereof with this court on or before December 27, 1960. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ ROBERT HINDIN v. MUTUAL TRUST LIFE INSURANCE COMPANY.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.